# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 13, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154899(68)

ELECTRIC STICK, INC.,
               Plaintiff-Appellant,

v

PRIMEONE INSURANCE COMPANY,
               Defendant-Appellee,
and

KAPLANI INSURANCE AGENCY, INC.,
               Defendant.
_____/

SC: 154899
COA: 327421
Wayne CC: 14-003564-CK

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed of submitted on or before January 18, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2017



Clerk